JAM
F.# 2020R00404

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANDRII DERKACH

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

~~PROPOSED~~ ORDER

CR 22 CR 432 (DLI) (RML)

      Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Artie McConnell, for an order to remove the Highly Sensitive Documents ("HSD") designation from the above-captioned case

      WHEREFORE, it is ordered that the above-captioned matter no longer be designated as HSD and the filings be placed electronically on the docket.

Dated:   Brooklyn, New York
            December 6, 2022

                                        s/Sanket J. Bulsara
                                      HONORABLE SANKET J. BULSARA
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK